MATTHEW G. BAGLEY (6820)
6141 W. INDIAN PONY WAY
HERRIMAN, UT 84096
TELEPHONE: (801) 819-5686
ATTORNEY FOR PLAINTIFF

### IN THE UNITED STATES DISTRICT COURT
### DISTRICT OF UTAH

| | |
|---|---|
| STUART COHEN,<br><br>  Plaintiff,<br><br>v.<br><br>PLANET HOME LENDING, LLC, and EXPERIAN INFORMATION SOLUTIONS, INC.<br><br>  Defendants. | Case No.: 4:24-cv-00026-PK<br><br>**NOTICE OF SETTLEMENT AS TO DEFENDANT PLANET HOME LENDING, LLC** |

Plaintiff, by and through undersigned counsel, hereby notifies the Court that Plaintiff has reached a settlement in the above-referenced matter with Defendant Planet Home Lending, LLC ("Planet Home"). Plaintiff and Planet Home are in the process of finalizing the settlement, whereupon Plaintiff will move for dismissal with prejudice. Plaintiff anticipates that the settlement and dismissal of claims against Planet Home will be finalized within the next sixty (60) days. Plaintiff has now reached settlements with all Defendants.

Dated:  January 7, 2025

*/s/ Matthew G. Bagley*
Matthew G. Bagley
Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on January 7, 2025, I electronically transmitted the foregoing document to the Clerk's Office using the ECF system for filing and transmittal of a Notice of Electronic Filing to all CM/ECF registrants of record in this matter.

*/s/ Matthew G. Bagley*
