THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH

| | |
|---|---|
| STUART COHEN,<br><br>Plaintiff,<br><br>v.<br><br>PLANET HOME LENDING, LLC, and EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>Defendants. | **ORDER OF DISMISSAL WITH PREJUDICE**<br><br>Case No. 4:24-cv-00026-PK<br><br>District Judge David Nuffer |

Based on the parties' Stipulated Motion to Dismiss ("Motion"),[1] and good cause appearing therefor,

IT IS HEREBY ORDERED the parties' Motion[2] is GRANTED. Plaintiff's Complaint and this action are DISMISSED with prejudice. The parties shall bear their own costs and fees.

The Clerk is directed to close the case.

Signed February 14, 2025.

BY THE COURT

David Nuffer
United States District Judge

[1] Docket no. 34, filed Feb. 5, 2025.

[2] *Id.*